844

No. 74–6389. Wood v. United States. C. A. 4th Cir. Certiorari denied.

No. 74–6391. Melendrez v. United States. C. A. 9th Cir. Certiorari denied.

No. 74–6394. Rowell v. United States. C. A. 8th Cir. Certiorari denied.

No. 74–6402. Thomas v. United States. C. A. 5th Cir. Certiorari denied.

No. 74–6403. Stratton v. Sigler et al. C. A. 6th Cir. Certiorari denied.

No. 74–6407. Grummel v. United States;
No. 74–6628. Rifai v. United States; and
No. 75–5146. Bresolin v. United States. C. A. 9th Cir. Certiorari denied.

No. 74–6418. Watson v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 74–6420. Wetzel v. United States. C. A. 8th Cir. Certiorari denied.

No. 74–6422. Scott v. United States. C. A. 6th Cir. Certiorari denied.

No. 74–6423. Robbins v. United States. C. A. 4th Cir. Certiorari denied.

No. 74–6424. Drummond v. United States. C. A. 2d Cir. Certiorari denied.

No. 74–6428. Coyle v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.